# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

KAREN E. DUPREY,

        Plaintiff,

vs.                                                                                NO. CIV 08-756 JB/LAM

TWELFTH JUDICIAL DISTRICT COURT,
State of New Mexico, New Mexico, *et al.,*

        Defendants.

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

**THIS MATTER** having come before the Court upon Defendant Twelfth Judicial District Court's and Plaintiff's Stipulation of Dismissal with Prejudice, and the Court finding good cause therefor,

**IT IS ORDERED,** that the Complaint herein be, and it hereby is, dismissed with prejudice against these Defendants.  The Parties shall bear their own fees and costs of suit.

_____
UNITED STATES DISTRICT COURT

Submitted by:

MILLER STRATVERT, P.A.

  /s/ Paula G. Maynes
Paula G. Maynes
P.O. Box 1986
Santa Fe, NM 87504-1986
(505) 989-9614
Attorneys for Defendants Twelfth
Judicial District Court, Parsons,
 Perry, Hatcher and Park


Concurrence By:


  *Electronically Approved 09/18/09*
Dennis W. Montoya, Esq.
Montoya Law, Inc.
P.O. Box 15235
Rio Rancho, NM 87174-0235
(505) 246-8449
(505) 246-8599 (fax)
For Plaintiff